IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **08-cv-01726-AP**

**DOUGLAS BAILEY**,

    Appellant,

v.

**TOM CONNOLLY, CHAPTER 11 TRUSTEE**,

    Appellee.

## ORDER GRANTING MOTION TO DISMISS APPEAL AS UNTIMELY FILED

THIS MATTER is before the Court on the Motion to Dismiss Appeal as Untimely Filed (doc. #5), filed August 15, 2008 by Tom H. Connolly, chapter 11 trustee, along with Appellant's Response to Motion to Dismiss Appeal (doc. #6), filed August 22, 2008.

The Motion is GRANTED. The appeal of Douglas L. Bailey from the order (Docket #1176) and judgment (Docket # 1177) of the Honorable Judge Sidney Brooks entered in Bankruptcy Case No. 17236 is DISMISSED WITH PREJUDICE.

DATED this 22nd day of August, 2008.

                                BY THE COURT:

                                *S/John L. Kane*
                                United States District Court Judge